UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 1:05-CR-100

LONNELL ANDRE PETERSON,

                                       HON. ROBERT HOLMES BELL

    Defendant.
_____/

## **MEMORANDUM OPINION**

    This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket #55). The Probation Department has filed a Report of Eligibility (ECF No. 67) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant is a career offender and there is no change in the guideline range. No objections have been filed to the report of eligibility.

    ACCORDINGLY, defendant's motion (docket #55) is **DENIED**.


Dated: June 28, 2016                                      /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                             UNITED STATES DISTRICT JUDGE